Order entered January 16, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01291-CR

### EX PARTE TONY YUAN LI, Appellant

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-80387-2013**

## ORDER

The Court **GRANTS** appellant's motion to extend time for filing appellant's motion for rehearing and motion for en banc reconsideration.

We **ORDER** appellant to file his motion for rehearing and motion for en banc reconsideration within **FIFTEEN (15) DAYS** from the date of this order.

/s/    MOLLY FRANCIS
JUSTICE